*Stipulated Dismissal of claims with prejudice is granted. Case closed.*

*It is so ordered.*
*s/James G. Carr*
*Sr. U.S. District Court Judge*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **Laura Malik,** ) | |
| ) | |
| Plaintiff, ) | Case No. 3:20-cv-02170 |
| ) | |
| v. ) | Judge James G. Carr |
| ) | |
| The University of Toledo, et al. ) | |
| ) | |
| ) | |
| Defendant. ) | |

## STIPULATED DISMISSAL OF CLAIMS *WITH PREJUDICE*

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Laura Malik and Defendants, The University of Toledo ("UT"), by and through its officials, and University of Toledo Physicians, LLC ("UTP"), hereby jointly stipulate and agree to the dismissal of this case with prejudice. The Parties stipulate and agree that the Court shall retain jurisdiction over the terms of the settlement agreement. Each party shall bear its own costs.

Respectfully submitted,

**BRYANT LEGAL, LLC**

*/s/ Matthew B. Bryant*
Matthew B. Bryant (0085991)
3450 W Central Ave., Suite 370
Toledo, Ohio 43606
Telephone: (419) 824-4439
Facsimile: (419) 932-6719
Email: Mbryant@bryantlegalllc.com

*/s/ Daniel I. Bryant*
Daniel I. Bryant (0090859)
1550 Old Henderson Road, Suite 126
Columbus, Ohio 43220
Telephone: (614) 704-0546
Facsimile: (614) 573-9826
Email: Dbryant@bryantlegalllc.com

DAVE YOST (0056290)
Ohio Attorney General

*/s/ Joseph N. Rosenthal*
JOSEPH N. ROSENTHAL (0018117)
*Lead Counsel*
Principal Assistant Attorney General
Employment Law Section
30 East Broad Street, 16th FL
Columbus, Ohio 43215
(614) 644-7257 - Telephone
(614) 752-4677 - Facsimile
ELSReview@OhioAGO.gov

*/s/ David B. Stouffer*
DAVID B. STOUFFER (0093972)
Associate Assistant Attorney General

*Attorneys for Plaintiff*

Employment Law Section
615 W. Superior Ave, 11th FL
Cleveland, OH 44144
(614) 644-7257 - Telephone
(614) 644-4677 – Facsimile
ELSReview@OhioAGO.gov
*Attorneys for Defendants Wendy Davis, Allen Seifert, and Richard Swaine*

*/s/ Sarah Pawlicki*
Sarah Pawlicki (0076201)
Eastman & Smith, Ltd.
One Seagate, 24th Floor
Toledo, Ohio 43699
Telephone: (419) 241-6000
Fax: (419) 247-1777
SEPawlicki@eastmansmith.com
*An Attorney for UTP*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Court's ECF system on September 16, 2022. All parties will receive notice of the foregoing by operation of the Court's ECF system.

Respectfully submitted,

**BRYANT LEGAL, LLC**

*/s/ Matthew B. Bryant*
Matthew B. Bryant (0085991)
3450 W Central Ave., Suite 370
Toledo, Ohio 43606
Telephone: (419) 824-4439
Facsimile: (419) 932-6719
Email: Mbryant@bryantlegalllc.com

*Attorneys for Plaintiff*